UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: _CR02-1243-GHK_ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| _Jeremy Wayne Amaya_ | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent Dist Calif_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _prior drug use, failed drug tests, new criminal conduct, prior revocations._

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))**

Page 1 of 2

1
2
3 and/ or
4 B. [X]   The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the
6         safety of any other person or the community if released under 18 U.S.C. §
7         3142(b) or (c). This finding is based on the following:
8         *new criminal conduct (robbery pending),*
9         *extensive drug use, prior revocations.*
10
11
12
13 IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 revocation proceedings.
15
16 Dated: 8/5/08
17                                    HONORABLE OSWALD PARADA
                                     United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28